IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDIS BIOTECH, GMBH | ) | |
| | ) | C. A. No.: 22-00035-VAC |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AMGEN INC.'S MOTION TO DISMISS IN PART UNDER FED. R. CIV. P. 12(b)(6)</u>**

Defendant Amgen Inc. ("Amgen"), by and through the undersigned attorneys, moves to dismiss Plaintiff Lindis Biotech, GmbH's Complaint (D.I. 1) for failure to state a claim upon which relief could be granted under Fed. R. Civ. P. 12(b)(6). Specifically, Amgen moves to dismiss:

(A) Count I (infringement of U.S. Patent No. 8,709,421 ("the '421 patent")) –

    (i) in its entirety, for failure to allege that Blincyto® is a "trifunctional, bispecific immunostimulatory antibody";

    (ii) in part, to the extent Count I alleges direct infringement, for failure to allege that Amgen practices the steps of the claimed method of the '421 patent; and

    (iii) in part, to the extent Count I alleges infringement based on performance of the claimed method of the '421 patent outside the United States;

(B) Count II (infringement of U.S. Patent No. 10,576,149 ("the '149 patent")) –

    (i) in part, to the extent Count II alleges direct infringement, for failure to allege that Amgen practices the steps of the claimed method of the '149 patent;

   (ii)  in part, to the extent Count II alleges contributory infringement of the '149 patent, because the Complaint concedes that Blincyto® is suitable for substantial non-infringing use; and

   (iii)  in part, to the extent Count II alleges infringement based on performance of the claimed method of the '149 patent outside the United States;

 (C) Count III (infringement of U.S. Patent No. 10,071,158 ("the '158 patent")) –

   (i)  in its entirety, for failure to allege that Blincyto® is used or directed for use to treat subjects with lymphoma;

   (ii)  in part, to the extent Count III alleges direct infringement, for failure to allege that Amgen practices the steps of the claimed method of the '158 patent;

   (ii)  in part, to the extent Count III alleges contributory infringement of the '158 patent, because the Complaint concedes that Blincyto® is suitable for substantial non-infringing use; and

   (iii)  in part, to the extent Count III alleges infringement based on performance of the claimed method of the '158 patent outside the United States.

The grounds for this motion are set forth in the Opening Brief in Support of Amgen Inc.'s Motion to Dismiss in Part under Fed. R. Civ. P. 12(b)(6) filed contemporaneously herewith.

A form of Order is attached.

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
|  | */s/ James L. Higgins* |
|  | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Taylor E. Hallowell (No. 6815)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>thallowell@ycst.com |
|  | PERKINS COIE LLP<br>Michael J. Wise<br>Joseph P. Hamilton<br>Lara J. Dueppen<br>Courtney M. Prochnow<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA  90067-1721<br>(310) 788-9900 |
|  | AMGEN INC.<br>Brian Kao<br>J. Drew Diamond<br>Wendy A. Whiteford<br>One Amgen Center Drive<br>Thousand Oaks, CA  91320-1799<br>(805) 447-1000 |
| Dated:  April 1, 2022 | *Attorneys for Amgen Inc.* |