IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-35-VAC CJB |
| | ) |
| AMGEN INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of August, 2022, copies of *Initial Disclosures by Plaintiff Lindis Biotech GMBH* were served via electronic mail on the following counsel of record:

Melanie K. Sharp, Esquire
James L. Higgins, Esquire
Taylor E. Hallowell, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

SAUL EWING ARNSTEIN & LEHR LLP

/s/ *Michelle Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6863
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

**OF COUNSEL**

Robert C. Gill (*Admitted Pro Hac Vice*)
Henry A. Platt (*Admitted Pro Hac Vice*)
Matthew J. Antonelli (*Admitted Pro Hac Vice*)
SAUL EWING ARNSTEIN & LEHR LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6600 telephone
(202) 295-6705 facsimile

Courtland C. Merrill (*Admitted Pro Hac Vice*)
SAUL EWING ARNSTEIN & LEHR LLP
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
(612) 225-2943 telephone

Dated: August 23, 2022            *Attorneys for Lindis Biotech, GmbH*