IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH, GMBH ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMGEN INC., ) <br> ) <br> Defendant. ) | C. A. No.: 22-35-GBW <br><br> **JURY TRIAL DEMANDED** |

## JOINT TECHNOLOGY TUTORIAL

WHEREAS, on December 7, 2022, the parties filed their Joint Technology Tutorial as required by Paragraph 7 of the Scheduling Order (D.I. 57);

WHEREAS, the Joint Technology Tutorial was included as an attachment to the original Joint Claim Construction Chart (D.I. 66, the "JCCC"). *See* D.I. 66-11;

WHEREAS, the JCCC was amended on December 21, 2022 (D.I. 71, the "Amended JCCC"), and the Joint Technology Tutorial was omitted from the attachments to the Amended JCCC;

NOW THEREFORE, in order to ensure that the December 7, 2022 Joint Technology Tutorial is separately and clearly docketed, attached as Exhibit A is the previously filed Joint Technology Tutorial.

Dated: February 6, 2023
(Content of Joint Technology Tutorial approved and filed: December 7, 2022)

| SAUL EWING LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Michelle C. Streifthau-Livizos* | */s/ James L. Higgins* |
| James D. Taylor, Jr. (No. 4009)<br>Jessica M. Jones (No. 6246)<br>Michelle C. Streifthau-Livizos (No. 6584)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE  19801<br>(302) 421-6800<br>james.taylor@saul.com<br>jessica.jones@saul.com<br>michelle.streifthau-livizos@saul.com | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Taylor E. Hallowell (No. 6815)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>thallowell@ycst.com |
| SAUL EWING ARNSTEIN & LEHR LLP<br>Henry A. Platt<br>Robert C. Gill<br>Matthew J. Antonelli<br>Alireza Behrooz<br>Dennis Ostrovsky<br>1919 Pennsylvania Avenue NW, Suite 550<br>Washington, DC  20006<br>(202) 295-6600 | PERKINS COIE LLP<br>Michael J. Wise<br>Joseph P. Hamilton<br>Lara J. Dueppen<br>Courtney M. Prochnow<br>Alisha C. Burgin<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA  90067-1721<br>(310) 788-9900 |
| Courtland C. Merrill<br>33 South Sixth Street, Suite 4750<br>Minneapolis, MN  55402<br>(612) 225-2943 | AMGEN INC.<br>Brian Kao<br>J. Drew Diamond<br>Wendy A. Whiteford<br>Leo DeSesso<br>One Amgen Center Drive<br>Thousand Oaks, CA  91320-1799<br>(805) 447-1000 |
| Andrew Schwerin<br>Center Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA  19102-2186<br>(215) 972-7777 | WALSH PIZZI O'REILLY FALANGA LLP<br>Liza M. Walsh<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ  07102<br>(973) 757-1100 |
| *Attorneys for Lindis Biotech, GmbH* | *Attorneys for Amgen Inc.* |

30099425.1

2