# EXHIBIT A

# Joint Technology Tutorial

Prepared for the Honorable Gregory B. Williams

United States District Judge

District of Delaware

Lindis Biotech, GmbH *v.* Amgen Inc., 22-cv-35-GBW

# Summary of Contents

- Technical Terms
  - What is an antibody?
  - What is a bispecific antibody?
  - What is a cytokine?
  - What is a glucocorticoid?
- Detailed Antibody Background

2

# Technical Terms

Case 1:22-cv-00035-GBW   Document 66-11   Filed 12/07/22   Page 4 of 20 PageID #: 1214

# What is an Antibody?

An example of a typical antibody has the following structure:

- Two Antigen Binding Sites
  - Both Antigen Binding Sites provide the antibody with the ability to specifically bind the same antigen
  - Antigens may be present on the surface of cells
- An Fc (Effector) Region
  - Able to bind accessory immune (effector) cells
  - Not limited to binding to a specific antigen



4

# Typical Antibody Structure in More Detail



# What is a Bispecific Antibody?

A <u>bispecific antibody</u> is an antibody that specifically binds to two structurally different antigens (e.g., a target antigen and a CD marker) at the same time.



An example of a <u>target antigen</u> is:

gen. i.e. a peptide or polypeptide expressed on the surface of the cells of a tumour. Preferred tumour antigens of antibodies

*See, e.g.*, '421 patent, 5:34-35

A <u>CD marker</u> is a molecule expressed on the surface of an immune cell. For example, the <u>CD marker</u> can be:

type is preferably expressed on T-lymphocytes and is therefore selected from the group consisting of CD2, CD3, CD4, CD5, CD6, CD8, CD28 and CD44. The T-cell specificity of

*See, e.g.*, '421 patent, 5:25-27

# Non-limiting Examples of CD Markers and Target Antigens



cally recognize a tumour antigen and/or a CD marker. Tumor antigens recognized by the immunostimulating antibody include, but is not limited to, EpCAM, HER2/neu, HER3/ neu, G250, CEA, MAGE, VEGF, GD3, EGFR, αVβ3-integrin, HLA, HLA-DR, ASC, CD1, CD7, CD11, CD13, CD14, CD19, CD20, CD21, CD22, CD23, CD24, CD33, CD40, CD41, CD52, c-erb-2, CALLA, MHCII, CD44v3, CD44v6, CD117, p97, ganglioside GD2, GD3, C215, antigen of the antibody 9.2.27, antigen of the antibody NE150 and antigen of the antibody CA125. CD markers recognized by the immu-

*See, e.g.*, '421 patent, 2:53-62

of the antibody CA125. CD markers recognized by the immu-nostimulating antibody include, but is not limited to, CD2, CD3, CD4, CD5, CD6, CD8, CD28, or CD44.

*See, e.g.*, '421 patent, 2:62-64

# Other Non-limiting Examples of Bispecific Antibody Structures

diabodies etc. The basic structure of bispecific antibodies and immunoconjugates is presented, for example, in van Spriel et al. (2000) Immunol. Today 21: 391-397. Bispecific antibod-

*See, e.g.*, '421 patent, 5:7-9



Examples of engineered bispecific antibody formats
a*dapted from* Van Spriel et al. (2000) Immunol. Today 21:391-397, Fig. 1.

8

# What is an scFv Antibody?



- scFv = <u>s</u>ingle-<u>c</u>hain <u>F</u>ragment **v**ariable
- variable regions of heavy ($V_H$) and light ($V_L$) chains, which are joined together by a flexible peptide linker (green line)

9

# What is a Cytokine?

Cytokines are small proteins released by a cell in response to a stimulus that serve as one type of communication between cells.



# What is a Glucocorticoid?

Glucocorticoids have long been known as highly effective anti-inflammatory and immunosuppressant active substances. One mechanism in the context of the immunosuppressant action of glucocorticoids is the attenuating action thereof on the transcription of cytokines; cf., for example, Blotta et al. (1997) J. Immunol. 158: 5589 to 5595; Ballow and Nelson (1997) JAMA 278 (22), Chapter 24: 2008 to 2017.

*See, e.g.*, '421 patent, 2:59-65

# Antibodies: Detailed Background

Amino Acid Building Blocks and 3-Dimensional Structure

# Amino Acids

Used to form peptide bond
(this is how proteins are formed)

Side chain



# Amino Acids

Used to form peptide bond
(this is how proteins are formed)

Side chain



As you will see, antibodies are made from many amino acids connected to each other.

The particular characteristics of antibodies, such as their biological function, is determined largely by specific sequences of amino acids, and in particular their **side chains**.

Amino acids are typically referred to by their one-letter code, *e.g.,* **R**, or by a three-letter code, *e.g.,* **Arg**.  In this case R = Arg = the amino acid **arginine**, as shown on the left.  All amino acids have unique one- and three-letter codes.

14

# Protein Primary Structure

- Multiple amino acids bonded together → polypeptide/protein

- Everything in our body is made of protein(s), carbohydrates (sugars), fats, and combinations of these (antibody = protein + sugars)

- Each antibody contains ~ 1500 amino acids + some sugars

- A listing of all amino acids in a protein = peptide sequence/amino acid sequence, and is known as a protein's **primary structure**.

- Example amino acid sequence: GAG (a very small polypeptide)
  - This nomenclature is also short-hand for protein primary structure, as we will see on the next slide

Case 1:22-cv-00035-GBW   Document 66-11   Filed 12/07/22   Page 16 of 20 PageID #: 1226

# Protein Primary Structure cont'd



Peptide bond Formation

This basic chemical reaction is performed in our bodies by various enzymes, and is how all antibodies (and proteins) are made.

N-terminal end/ Amino-terminal end

C-terminal end/ Carboxy-terminal end

16

Case 1:22-cv-00035-GBW   Document 66-11   Filed 12/07/22   Page 17 of 20 PageID #: 1227

# Protein Secondary Structure

Secondary structure is the
result of hydrogen bonding

α-helix          β-pleated sheet



17

# Protein Secondary Structure







# Protein Tertiary Structure

Tertiary structure is the 3D shape of the protein. A single protein chain is shown here.

Proteins in solution (*e.g.* in our blood) are in constant motion. They are dynamic.

Parts that are not α-helix or β-sheet are called coils or loops.



# Protein Quaternary Structure



Quaternary structure is the association of multiple protein subunits together.  Here there are 4 protein subunits (4 chains), each colored differently.

This is an IgG1 monoclonal antibody (Mab).

Antibodies have:
- 2 big chains (heavy chains), here colored yellow and cyan; and
- 2 smaller chains (light chains), here colored magenta and green.

Antibodies are held together with hydrogen bonds and ***disulfide*** bonds (a covalent bond between two sulfur (S) atoms in two cysteine amino acids).

20