IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH, GMBH ) | |
| ) | C. A. No.: 22-00035-GBW |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| AMGEN INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER TO NARROW CASE

WHEREAS, the parties agreed to work in good faith in an effort to reach an agreement on when and how to limit (i) the number of asserted claims by Plaintiff and (ii) the number of prior art references against the asserted patents by Defendant (D.I. 57, ¶ 11); and

WHEREAS, the parties agreed to meet and confer in an effort to finalize the timing and scope of limits (i) and (ii) above (D.I. 90);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that:

(1)  Plaintiff agreed to and did elect no more than five asserted claims per asserted patent by August 28, 2023, the date final infringement contentions were due;

(2)  Plaintiff shall elect no more than three asserted claims per asserted patent no less than 30 days before the pretrial order is to be filed with the Court in accordance with L.R. 16.3(d)(1)–(4), which according to the present schedule is October 18, 2024;

(3)  Defendant shall elect no more than ten total prior art references per asserted patent that can be used as grounds for anticipation under 35 U.S.C. § 102 or as grounds for obviousness under 35 U.S.C. § 103 by September 25, 2023, the date final invalidity contentions are due; and

(4) Defendant shall elect no more than six total prior art references per asserted patent that can be used as grounds for anticipation under 35 U.S.C. § 102 or as grounds for obviousness under 35 U.S.C. § 103 no less than 14 days before the pretrial order is to be filed with the Court in accordance with L.R. 16.3(d)(1)–(4), which according to the present schedule is November 4, 2024.

The parties further agree that the elections to limit the total number of prior art references do not otherwise limit the number of anticipation or obviousness arguments Defendant may make based upon those references. The parties also agree that the elections to limit the total number of prior art references do not apply to or limit (i) prior art references used to illustrate the state of the art, (ii) the knowledge possessed by a person of ordinary skill in the art, or (iii) arguments that address alleged secondary considerations of non-obviousness or for other contexts surrounding obviousness that are commonly introduced in a patent trial.

| SAUL EWING LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Michelle C. Streifthau-Livizos* | */s/ James L. Higgins* |
| James D. Taylor, Jr. (No. 4009)<br>Jessica M. Jones (No. 6246)<br>Michelle C. Streifthau-Livizos (No. 6584)<br>Patrick A. Lockwood (No. 6851)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE  19801<br>(302) 421-6863<br>james.taylor@saul.com<br>jessica.jones@saul.com<br>michelle.streifthau-livizos@saul.com<br>patrick.lockwood@saul.com | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Taylor E. Hallowell (No. 6815)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>thallowell@ycst.com |

| | |
|---|---|
| SAUL EWING LLP<br>Henry A. Platt<br>Robert C. Gill<br>Matthew J. Antonelli<br>Alireza Behrooz<br>Dennis Ostrovsky<br>1919 Pennsylvania Avenue, NW, Suite 550<br>Washington, DC  20006<br>(202) 295-6600<br><br>Courtland C. Merrill<br>33 South Sixth Street, Suite 4750<br>Minneapolis, MN  55402<br>(612) 225-2943<br><br>Indira K. Sharma<br>1001 Fleet Street, 9th Floor<br>Baltimore, MD  21202-4359<br>(410) 332-8600<br><br>Andrew Schwerin<br>Center Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA  19102-2186<br>(215) 972-7777<br><br>*Attorneys for Lindis Biotech, GmbH* | PERKINS COIE LLP<br>Michael J. Wise<br>Joseph P. Hamilton<br>Lara J. Dueppen<br>Courtney M. Prochnow<br>Alisha C. Burgin<br>Doris Alvarez-Reyes<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA  90067-1721<br>(310) 788-9900<br><br>Garmai Gorlorwulu<br>Blake A. Winn<br>11452 El Camino Real, Suite 300<br>San Diego, CA  92130-2080<br>(858) 720-5700<br><br>AMGEN INC.<br>Brian Kao<br>J. Drew Diamond<br>Wendy A. Whiteford<br>Leo DeSesso<br>One Amgen Center Drive<br>Thousand Oaks, CA  91320-1799<br>(805) 447-1000<br><br>WALSH PIZZI O'REILLY FALANGA LLP<br>Liza M. Walsh<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ  07102<br>(973) 757-1100<br><br>*Attorneys for Amgen Inc.* |

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge

30704950.1