IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH, GMBH ) | |
| ) | C. A. No.: 22-00035-GBW |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| AMGEN INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT AMGEN INC.'S MOTIONS
FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY**

Amgen Inc. ("Amgen"), by and through its undersigned counsel, hereby moves for summary judgment in its favor and against Plaintiff Lindis Biotech, GmbH ("Lindis") and for exclusion of certain testimony from Lindis' expert as follows:

Amgen moves, pursuant to Federal Rule of Civil Procedure 56, for entry of an order granting summary judgment in its favor as follows:

1. <u>Motion for Summary Judgment No. 1</u>: Amgen does not induce infringement of the asserted claims of the '421 patent under 35 U.S.C. § 271(b) because the U.S. Label for BLINCYTO does not encourage, recommend, or promote the required timing limitations for glucocorticoid administration.

2. <u>Motion for Summary Judgment No. 2</u>: Amgen does not contributorily infringe the asserted claims of the '421 patent under 35 U.S.C. § 271(c) because BLINCYTO has substantial non-infringing uses not covered by the required timing limitations for glucocorticoid administration.

3. <u>Motion for Summary Judgment No. 3</u>: The asserted claims of the '158 patent are invalid for lack of written description under 35 U.S.C. § 112.

4.      <u>Motion for Summary Judgment No. 4</u>: Amgen does not induce infringement of any asserted claim of the Asserted Patents under 35 U.S.C. § 271(b) because the U.S. Label for BLINCYTO does not encourage, recommend, or promote the administration of a glucocorticoid to reduce the non-specific release of a cytokine.

In addition, Amgen moves, pursuant to Federal Rules of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 590 (1993) and its progeny, for an order excluding Lindis's damages expert, Mr. Todd Schoettelkotte, from providing any opinion that Lindis should receive reasonable royalty damages on Amgen's Ex-U.S. Sales Revenue of BLINCYTO.

The grounds for these motions are set forth in the accompanying brief, corresponding Concise Statements of Uncontested Facts, Declaration of James L. Higgins, associated exhibits, and other pleadings, filed in support of this motion.

WHEREFORE, Amgen respectfully requests that this Court grant these motions and enter an order substantially in the form attached hereto, and for such other relief as the Court deems just and proper.

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ James L. Higgins* |
| PERKINS COIE LLP | Melanie K. Sharp (No. 2501) |
| Michael J. Wise | James L. Higgins (No. 5021) |
| Joseph P. Hamilton | Stephanie N. Vangellow (No. 7277) |
| Lara J. Dueppen | 1000 North King Street |
| Courtney M. Prochnow | Wilmington, DE  19801 |
| Alisha C. Burgin | (302) 571-6600 |
| Doris Alvarez-Reyes | msharp@ycst.com |
| 1888 Century Park East | jhiggins@ycst.com |
| Suite 1700 | svangellow@ycst.com |
| Los Angeles, CA  90067-1721 | |
| (310) 788-9900 | *Attorneys for Amgen Inc.* |
| | |
| Garmai Gorlorwulu | |
| Blake A. Winn | |
| 11452 El Camino Real, Suite 300 | |
| San Diego, CA  92130-2080 | |
| (858) 720-5700 | |
| | |
| AMGEN INC. | |
| Brian Kao | |
| J. Drew Diamond | |
| Wendy A. Whiteford | |
| Leo DeSesso | |
| One Amgen Center Drive | |
| Thousand Oaks, CA  91320-1799 | |
| (805) 447-1000 | |
| | |
| WALSH PIZZI O'REILLY FALANGA LLP | |
| Liza M. Walsh | |
| Three Gateway Center | |
| 100 Mulberry Street, 15th Floor | |
| Newark, NJ  07102 | |
| (973) 757-1100 | |

Dated:  May 24, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH, GMBH ) | |
| ) | C. A. No.: 22-00035-GBW |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| AMGEN INC., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

At Wilmington this ____ day of _____, 20 ____, having considered Amgen Inc.'s ("Amgen's") Motions for Summary Judgment and Motion to Exclude Expert Testimony, and all related pleadings and argument, IT IS HEREBY ORDERED that the motions are GRANTED as follows:

1. Amgen's Summary Judgment Motion No. 1 for no induced infringement of the asserted claims of the '421 patent under 35 U.S.C. § 271(b) for failing to encourage, recommend, or promote the timing limitations for glucocorticoid administration is **GRANTED**.

2. Amgen's Summary Judgment Motion No. 2 for no contributory infringement of the asserted claims of the '421 patent under 35 U.S.C. § 271(c) is **GRANTED**.

3. Amgen's Motion for Summary Judgment No. 3 for invalidity of the asserted claims of the '158 patent for lack of written description under 35 U.S.C. § 112 is **GRANTED**.

4. Amgen's Motion Summary Judgment No. 4 for no induced infringement of the Asserted Patents under 35 U.S.C. § 271(b) for failing to encourage, recommend, or promote the administration of a glucocorticoid to reduce the non-specific release of a cytokine as required by all asserted claims of the Asserted Patents is **GRANTED**.

5. Amgen's Motion to Exclude the testimony and opinions of Mr. Todd Schoettelkotte that Lindis should receive reasonable royalty damages on Amgen's ex-U.S. sales revenues of BLINCYTO is **GRANTED**.

SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge

31685931.1