IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH, GMBH,<br><br>               Plaintiff,<br><br>     v.<br><br>AMGEN INC.,<br><br>               Defendant. | C.A. No. 22-35-GBW |

**ORDER**

At Wilmington this 18th day of November, 2024:

Consistent with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that Amgen Inc.'s Motion to Bifurcate Trial (D.I. 257) is **DENIED**. **IT IS FURTHER ORDERED THAT** Amgen's request for oral argument (D.I. 268) is **DENIED-AS-MOOT**.

The Court is issuing the accompanying opinion under seal, as portions of the parties' briefing were filed under seal. **IT IS FURTHER ORDERED** that, by no later than December 2, 2024, the parties shall file a proposed redacted version of the accompanying opinion, along with a motion supported by a declaration that contains a clear, factually detailed explanation as to why disclosure of any proposed redacted material would "work a clearly defined and serious injury to the party seeking closure." *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019).

If the parties do not file a proposed redacted version and corresponding motion by the deadline, or if the Court determines the motion lacks a meritorious basis, the opinion will be unsealed in whole or in part."

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE