IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH, GMBH,<br><br>   Plaintiff,<br><br>   v.<br><br>AMGEN INC.,<br><br>   Defendant. | C.A. No. 22-35-GBW |

## ORDER

At Wilmington this 22nd day of November, 2024, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment of No Induced Infringement of the '421 Patent (D.I. 175) is **GRANTED-IN-PART** and **DENIED-IN-PART**;

2. Defendant's Motion for Summary Judgment of No Contributory Infringement of the '421 Patent (D.I. 175) is **DENIED-AS-MOOT**;

3. Defendant's Motion for Summary Judgment that all asserted claims of the '158 patent are invalid for lack of written description (D.I. 175) is **DENIED**; and

4. Defendant's Motion for Summary Judgment of no induced infringement of all asserted claims of both the '421 and '158 patents (D.I. 175) is **DENIED**.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE