IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDIS BIOTECH, GMBH | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 22-35-GBW |
| | ) | |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF LINDIS BIOTECH, GMBH'S
MOTION AND [PROPOSED] ORDER GRANTING
LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff Lindis Biotech, GmbH, respectfully requests an exemption from the Court's May 15, 2023 Standing Order, entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse*, to permit the following individuals to bring their personal electronic devices to the trial, scheduled for December 9, 2024 through December 17, 2024, in this matter: Todd Schoettelkotte (expert) and Haley Schoettelkotte (expert).

All counsel and staff agree to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

IT IS SO ORDERED this _____ day of _____, 2024

_____
UNITED STATES DISTRICT COURT JUDGE

-2-

<div style="display: flex;">
<div>
Dated: December 8, 2024
</div>
<div>

**SAUL EWING LLP**
 */s/Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6863
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

Henry A. Platt
Robert C. Gill
Matthew J. Antonelli
Alireza Behrooz
Dennis Ostrovsky
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC  20006
henry.platt@saul.com
robert.gill@saul.com
matt.antonelli@saul.com

Courtland C. Merrill
33 South Sixth Street, Suite 4750
Minneapolis, MN  55402
courtland.merrill@saul.com
(612) 225-2943

Andrew Schwerin
Veronica McCarty (#6734)
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-7184
andrew.schwerin@saul.com
veronica.mccarty@saul.com

*Attorneys for Lindis Biotech, GmbH*

</div>
</div>