IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDIS BIOTECH GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 22-35-GBW |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| AMGEN INC. | ) | |
| | ) | |
| Defendant. | ) | |

# VERDICT FORM

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the instructions provided and follow the Jury Instructions that you have been given by the Court. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Lindis" refers to Plaintiff Lindis Biotech GmbH.

2. "Amgen" refers to Defendant Amgen Inc.

3. The "'421 Patent" refers to U.S. Patent No. 8,709,421.

4. The "'158 Patent" refers to U.S. Patent No. 10,071,158.

1

We, the jury, unanimously finds as follows.

## INDUCED INFRINGEMENT

**QUESTION NO. 1:**

Did Lindis prove by a preponderance of the evidence that Amgen indirectly infringed any of the following claims of the '421 Patent by induced infringement?

**If you find Lindis proved by a preponderance of the evidence that Amgen has induced infringement of a claim, place a check mark next to "Yes."**

| '421 Patent | Yes | No |
|---|---|---|
| Claim 3 | | |
| Claim 8 | | |
| Claim 15 | | |

*Please proceed to Question No. 2*

**QUESTION NO. 2:**

Did Lindis prove by a preponderance of the evidence that Amgen indirectly infringed any of the following claims of the '158 Patent by induced infringement?

**If you find Lindis proved by a preponderance of the evidence that Amgen has induced infringement of a claim, place a check mark next to "Yes."**

| '158 Patent | Yes | No |
|---|---|---|
| Claim 1 | | |
| Claim 12 | | |
| Claim 20 | | |

*If checked "Yes" to any of the above, please proceed to Question No. 3. Otherwise, skip to Question 4.*

2

**QUESTION NO. 3:**

  Did Lindis prove by a preponderance of the evidence that Amgen willfully induced infringement of any claim of the '421 Patent marked "Yes" in Question No. 2? (A "Yes" answer is a finding for Lindis; a "No" answer is a finding for Amgen.)

YES \_\_\_\_    NO \_\_\_\_

  Did Lindis prove by a preponderance of the evidence that Amgen willfully induced infringement of any claim of the '158 Patent marked yes in Question No. 4? (A "Yes" answer is a finding for Lindis; a "No" answer is a finding for Amgen.)

YES \_\_\_\_    NO \_\_\_\_

  **If you find Lindis proved that Amgen's infringement was willful, check mark next to "Yes."**

3

# INVALIDITY

**QUESTION NO. 4:**

Did Amgen prove by clear and convincing evidence that any of the following claims of the '421 Patent is invalid for lack of sufficient written description?

**If you find Amgen proved by clear and convincing evidence that a claim is invalid, place a check mark next to "Yes."**

| '421 Patent | Yes | No |
|---|---|---|
| Claim 3 | | |
| Claim 8 | | |
| Claim 15 | | |

*Please proceed to Question No. 5*

**QUESTION NO. 5:**

Did Amgen prove by clear and convincing evidence that any of the following claims of the '158 Patent is invalid for lack of sufficient written description?

**If you find Amgen proved by clear and convincing evidence that a claim is invalid, place a check mark next to "Yes."**

| '158 Patent | Yes | No |
|---|---|---|
| Claim 1 | | |
| Claim 12 | | |
| Claim 20 | | |

*Please proceed to Question No. 6*

**QUESTION NO. 6:**

Did Amgen prove by clear and convincing evidence that any of the following claims of the '421 Patent is invalid for lack of enablement?

**If you find Amgen proved by clear and convincing evidence that a claim is invalid, place a check mark next to "Yes."**

| '421 Patent | Yes | No |
|---|---|---|
| Claim 3 | | |
| Claim 8 | | |
| Claim 15 | | |

*Please proceed to Question No. 7*

**QUESTION NO. 7:**

Did Amgen prove by clear and convincing evidence that any of the following claims of the '158 Patent is invalid for lack of enablement?

**If you find Amgen proved by clear and convincing evidence that a claim is invalid, place a check mark next to "Yes."**

| '158 Patent | Yes | No |
|---|---|---|
| Claim 1 | | |
| Claim 12 | | |
| Claim 20 | | |

*Please proceed to Question No. 8*

**QUESTION NO. 8:**

Did Amgen prove by clear and convincing evidence that any of the following claims of the '421 Patent is invalid for obviousness over the following prior art references?

**If you find Amgen proved by clear and convincing evidence that a claim is invalid, place a check mark next to "Yes."**

| '421 Patent | Yes | No |
|---|---|---|
| Claim 3 | | |
| Claim 8 | | |
| Claim 15 | | |

*Please proceed to Question No. 9*

**QUESTION NO. 9:**

Did Amgen prove by clear and convincing evidence that any of the following claims of the '158 Patent is invalid for obviousness over the following prior art references ?

**If you find Amgen proved by clear and convincing evidence that a claim is invalid, place a check mark next to "Yes."**

| '158 Patent | Yes | No |
|---|---|---|
| Claim 1 | | |
| Claim 12 | | |
| Claim 20 | | |

*Please proceed to Question No. 10*

## DAMAGES

**QUESTION NO. 10:**

What is the reasonable royalty to which Lindis is entitled for Amgen's past infringement?

Royalty Rate: _____%

Amount of Past Sales to Apply Royalty Rate: $_____

Total Amount for Past Infringement Based on Royalty Rate: $_____
(Royalty Rate x Amount of Past Sales = Total Amount for Past Infringement Based on Royalty Rate)

\*     \*     \*

Please proceed to the last page, sign, and date the Verdict Form, and return it to the court clerk.

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of the Court as our verdict in this case.

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____
Date