IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDIS BIOTECH, GMBH | ) | |
| | ) | C. A. No.:  22-00035-GBW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Lindis Biotech, GmbH ("Lindis") and Defendant Amgen Inc. ("Amgen") hereby stipulate and agree, subject to the approval of the Court, that Amgen will serve on Lindis, but will not file with the Court, its proposed findings of fact and conclusions of law regarding inequitable conduct ("Opening Brief") by 5:00 P.M. on Monday, March 3, 2025.  The reason for this stipulation is that certain transcript corrections are still being processed.  After Amgen has received the final transcripts and has had an opportunity to update its Opening Brief (with updates limited to those necessary to conform to the final transcripts) Amgen will serve and file with the Court an updated Opening Brief.

SAUL EWING LLP

/s/ Michelle C. Streifthau-Livizos

James D. Taylor, Jr. (No. 4009)
Jessica M. Jones (No. 6246)
Michelle C. Streifthau-Livizos (No. 6584)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
(302) 421-6863
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ James L. Higgins

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Stephanie N. Vangellow (No. 7277)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
svangellow@ycst.com

SAUL EWING LLP
Henry A. Platt
Robert C. Gill
Alireza Behrooz
Dennis Ostrovsky
Madeline Jenkins
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC  20006
(202) 295-6600

Courtland C. Merrill
33 South Sixth Street, Suite 4750
Minneapolis, MN  55402
(612) 225-2943

Andrew Schwerin
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102-2186
(215) 972-7777

*Attorneys for Lindis Biotech, GmbH*

PERKINS COIE LLP
Michael J. Wise
Joseph P. Hamilton
Lara J. Dueppen
Courtney M. Prochnow
Alisha C. Burgin
Doris Alvarez-Reyes
1888 Century Park East
Suite 1700
Los Angeles, CA  90067-1721
(310) 788-9900

Garmai Gorlorwulu
Blake A. Winn
11452 El Camino Real, Suite 300
San Diego, CA  92130-2080
(858) 720-5700

AMGEN INC.
Brian Kao
J. Drew Diamond
Blake Greene
Wendy A. Whiteford
Carolyn S. Wall
One Amgen Center Drive
Thousand Oaks, CA  91320-1799
(805) 447-1000

O'MELVENY & MYERS LLP
Lisa B. Pensabene
Hassen Sayeed
Jing Ying (Amy) Zhao
1301 Avenue of the Americas
Suite 1700
New York, NY  10019
(212) 326-2000

Luann L. Simmons
Sorin Zaharia
Two Embarcadero Center
28th Floor
San Francisco, CA  94111
(415) 984-8700

AUTZ IP LLC
Lindsay H. Autz
115 Lampwick Lane
Fairfield, CT  06824
(203) 526-1307

*Attorneys for Amgen Inc.*

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge