IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH, GMBH,<br><br>                    Plaintiff,<br><br>         v.<br><br>AMGEN INC.,<br><br>                    Defendant. | Civil Action No. 22-35-GBW |

## ORDER

At Wilmington this 14th day of August 2025, **IT IS HEREBY ORDERED** as follows:

1. U.S. Patent Nos. 10,071,158 ("the '158 Patent") and 8,709,421 ("the '421 Patent") are unenforceable due to inequitable conduct.

2. Within fourteen (14) days of the entry of this Order, the parties shall meet and confer in attempt to reach agreement on how this action should proceed. If the parties reach agreement, they shall file a joint letter with this Court not to exceed five (5) pages by no later than twenty-one (21) days from the entry of this Order describing the parties' agreement on how this action should proceed. If the parties are unable to reach agreement, the parties shall file a joint letter with this Court not to exceed ten (10) pages by no later than twenty-one (21) days from the entry of this Order setting forth the parties' respective positions on how the action should proceed.

3. Because the Court's Opinion is filed under seal, the parties shall meet and confer and, no later than thirty (30) days after entry of this Order, file a proposed redacted version of the Opinion, along with a motion supported by a declaration that contains a clear, factually detailed explanation as to why disclosure of any proposed redacted material would "work

a clearly defined and serious injury to the party seeking closure." *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019). If the parties do not file a proposed redacted version of the Opinion and corresponding motion by the deadline, or if the Court determines the motion lacks a meritorious basis, the Opinion will be unsealed in whole or in part.

                                                GREGORY B. WILLIAMS
                                      UNITED STATES DISTRICT JUDGE