IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDIS BIOTECH, GMBH, | ) |
| | ) C. A. No.: 22-00035-GBW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMGEN INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT LETTER AND PROPOSED ORDER OF JUDGMENT**

Plaintiff Lindis Biotech, GmbH ("Lindis") and Defendant Amgen Inc. ("Amgen") hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to file the joint letter (*See* D.I. 410) and proposed order of judgment (*See* D.I. 411) is further extended through and including September 25, 2025.

| SAUL EWING LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Michelle C. Streifthau-Livizos* | */s/ James L. Higgins* |
| _____ | _____ |
| James D. Taylor, Jr. (No. 4009) | Melanie K. Sharp (No. 2501) |
| Jessica M. Jones (No. 6246) | James L. Higgins (No. 5021) |
| Michelle C. Streifthau-Livizos (No. 6584) | 1000 North King Street |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 571-6600 |
| (302) 421-6863 | msharp@ycst.com |
| james.taylor@saul.com | jhiggins@ycst.com |
| jessica.jones@saul.com | |
| michelle.streifthau-livizos@saul.com | PERKINS COIE LLP |
| | Michael J. Wise |
| SAUL EWING LLP | Joseph P. Hamilton |
| Henry A. Platt | Lara J. Dueppen |
| Robert C. Gill | Courtney M. Prochnow |
| Matthew J. Antonelli | Alisha C. Burgin |
| Alireza Behrooz | Doris Alvarez-Reyes |
| Dennis Ostrovsky | 1888 Century Park East |
| 1919 Pennsylvania Avenue, NW, Suite 550 | Suite 1700 |
| Washington, DC 20006 | Los Angeles, CA 90067-1721 |
| (202) 295-6600 | (310) 788-9900 |

<div style="columns:2">

Courtland C. Merrill
33 South Sixth Street, Suite 4750
Minneapolis, MN  55402
(612) 225-2943

Andrew Schwerin
Veronica McCarty (No. 6734)
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102-2186
(215) 972-7777
veronica.mccarty@saul.com

*Attorneys for Lindis Biotech, GmbH*

Garmai Gorlorwulu
Blake A. Winn
11452 El Camino Real, Suite 300
San Diego, CA  92130-2080
(858) 720-5700

AMGEN INC.
Brian Kao
J. Drew Diamond
Blake Greene
Wendy A. Whiteford
Carolyn S. Wall
One Amgen Center Drive
Thousand Oaks, CA  91320-1799
(805) 447-1000

O'MELVENY & MYERS LLP
Lisa B. Pensabene
Hassen Sayeed
Jing Ying (Amy) Zhao
1301 Avenue of the Americas
Suite 1700
New York, NY  10019
(212) 326-2000

Luann L. Simmons
Sorin Zaharia
Two Embarcadero Center
28th Floor
San Francisco, CA  94111
(415) 984-8700

AUTZ IP LLC
Lindsay H. Autz
115 Lampwick Lane
Fairfield, CT  06824
(203) 526-1307

*Attorneys for Amgen Inc.*

</div>

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge